UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN FITZGERALD KENNEDY and HILDA TOBIAS KENNEDY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| EDDIE GARCIA, *in his official capacity as Dallas Police Department Chief*, MICHEL MOORE, *in his official capacity as Los Angeles Police Chief*, KIMBERLY CHEATLE, *in her official capacity as Director of the Secret Service*, PAUL LANDIS, *and* JASON TAYLOR, | § § § § § § § § § § | Case No. 3:23-cv-02603-N-BT |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 16, 2024. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED.**

SIGNED August 23, 2024.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE