IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOHN FITZGERALD KENNEDY and HILDA §
TOBIAS KENNEDY, §
§
      Plaintiffs, §
v. §     Case No. 3:23-cv-02603-N-BT
§
EDDIE GARCIA, et al., §
§
      Defendants. §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The Court **DENIES** Plaintiffs' Rule 60(b) Motion (ECF No. 67) and Motion to Add Parties (ECF No. 68).

**SO ORDERED** this 6th day of July, 2026.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE